CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

EDGAR MARTIROSYAN (SBN: 260250)
em@mpclegal.com
MARTIROSYAN P.C.
15720 Ventura Blvd., Suite 229
Encino, CA 91436
Telephone: (818) 528-8700
Facsimile: (818) 528-8704
Attorney for Defendants
Civan Kocar, Talin Kocar, Karabet Kocar and Fertayun Kocar

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CIVAN KOCAR;<br>TALIN KOCAR;<br>KARABET KOCAR;<br>FERTAYUN KOCAR; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-CV-01494-JAK-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 21, 2018        CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: May 21, 2018        MARTIROSYAN P.C.

By: ___/s/ Edgar Martirosyan___
    Edgar Martirosyan
    Attorney for Defendants
    Civan Kocar, Talin Kocar, Karabet Kocar and Fertayun Kocar

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Edgar Martirosyan, counsel for Civan Kocar, Talin Kocar, Karabet Kocar and Fertayun Kocar, and that I have obtained Mr. Martirosyan's authorization to affix his electronic signature to this document.

Dated: May 21, 2018         CENTER FOR DISABILITY ACCESS

                            By: ___/s/ Phyl Grace_____
                                Phyl Grace
                                Attorneys for Plaintiff